IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SAMUEL SALDANA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ST. ANDRE, et al.,<br><br>　　　　　　Defendant. | 2:22-cv-00801 TLN EFB (PC)<br><br>**(PROPOSED) ORDER** |

**GOOD CAUSE APPEARING,** Defendant's motion for an administrative relief re-extension of time to file a responsive pleading is granted. The deadline for Defendant to file a responsive pleading is extended to February 20, 2023.

Dated: November 16, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Edmund F. Brennan*
　　　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

SA2022304330 / 36718048.docx

1

(Proposed) Order  (2:22-cv-00801 TLN EFB (PC))