UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL SALDANA,<br><br>  Plaintiff,<br><br>  v.<br><br>GONZALES,<br><br>  Defendant. | No. 2:22-cv-00801-TLN-EFB<br><br>**ORDER** |

Plaintiff proceeds without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to a United States Magistrate Judge by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

On August 13, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 13, 2024, are ADOPTED IN FULL;

2. Defendant Gonzales's motion for summary judgment (ECF No. 29) is GRANTED;

3. The Clerk of Court is directed to enter judgment in favor of Defendant Gonzales close the case;

4. The Court declines to issue a certificate of appealability.

IT IS SO ORDERED.

Date: September 16, 2024

_____
Troy L. Nunley
United States District Judge